FILED

JUN 0 8 2023

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

IN UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | Criminal No. 1:23cr30 |
| SHYNIQUAH LIGHTNER, | Violations: 18 U.S.C. § 113(a)(3) |
| Defendant. | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE

(Assault with a Dangerous Weapon with the Intent to do Bodily Harm)

On or about April 4, 2023, in Preston County, in the Northern District of West Virginia, defendant **SHYNIQUAH LIGHTNER**, at a place within the special maritime and territorial jurisdiction of the United States, namely, Federal Correctional Institution/Secure Female Facility Hazelton, did intentionally and forcibly assault K.R. with a dangerous weapon and intent to do bodily harm, in violation of Title 18, United States Code, Section 113(a)(3).

per _____
William Ihlenfeld
United States Attorney

Christopher L. Bauer
Assistant United States Attorney